DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00039-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




NORMAN PAUL MANZIEL,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW NO. 2 OF


PATRICIA ANN MANZIEL,

APPELLEE
§
 SMITH COUNTY, TEXAS







MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. The motion represents that the parties have reached
an agreement that disposes of all issues presented for appeal. Because Appellant has met the
requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed.


Opinion delivered July 16, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.





PUBLISH